THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v SAMUEL MCCULLOUGH, Also Known as SAMUEL ABDUL-JABBAR, Appellant. [919 NYS2d 359]—

The appellant has failed to establish that he was denied the effective assistance of appellate counsel (see *Jones v Barnes*, 463

US 745 [1983]; *People v Stultz*, 2 NY3d 277 [2004]). Prudenti, P.J., Mastro, Rivera and Dillon, JJ., concur.